MAURIN vs. CHAMBERS.

APPEAL FROM THE COURT OF THE SIXTH DISTRICT, FOR THE PARISH OF RA-PIDES, JUDGE KING OF THE FIFTH DISTRICT PRESIDING.

Case remanded to admit evidence of the consideration of the notes, and that the makers of them were in danger of eviction from the land for which the notes were given.

This is an action against the defendant, as maker of a promissory note, payable to the order of A. P. Williams, and by him endorsed in blank. It expresses on its face to be given in part payment "of *a tract of land* of one thousand three hundred and sixty arpents, this day purchased of Gerard and François Chretien."

It was also endorsed : " *Passé a l'ordre de Mr. Antoine Maurin, sans recours.*"

This case is exactly similar to that of Maurin vs. Chambers and Williams, just decided, and turns upon the same evidence and legal questions raised. There was judgment for the plaintiff, and the defendant appealed.

*Brent,* for the plaintiff.

*Gen. Thomas, Hyams* and *Dunbar,* for the defendant.

*Martin J.,* delivered the opinion of the court.

This is a suit against the defendant alone, as the maker of a promissory note, payable to A. P. Williams, and by him endorsed in blank. It is then endorsed by G. Chretien to the plaintiff, *without recourse.* The note expresses on its face that it was given in part payment of a tract of land, which the defendant had purchased from the Chretiens. The defence is that the purchasers are sued, and are in danger of eviction ; the suit still pending. Evidence to show the pendency of the suit for eviction and deed of sale for the land, was rejected by the court below, and from judgment rendered against him, the defendant appealed.

The facts of this case, and the principles of law upon which it turns, are the same as those in the case of Maurin

*vs.* Chambers and Williams, just decided, and the same
judgment must be rendered in both cases.

It is, therefore, ordered, adjudged and decreed, that the
judgment of the District Court be annulled, avoided and re-
versed, and the case remanded for further proceedings, with
directions to the judge *a quo* to admit in evidence the docu-
ments mentioned in the bills of exception; the plaintiff and
appellee paying the costs of the appeal.